UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. WELLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | No.  2:25-cv-02472-DAD-AC<br><br>ORDER GRANTING THE PARTIES' STIPULATION REGARDING ATTORNEYS' FEES<br><br>(Doc. No. 9) |

　　　　On December 26, 2025, the parties filed a notice of settlement and a stipulation reflecting their agreement that to resolve the issue of attorneys' fees and costs, defendant Ford Motor Company would pay plaintiff's counsel $1,500.00 by no later than thirty (30) days after the date of entry of this order.  Pursuant to that stipulation and good cause appearing, it is hereby ordered as follows:

　　　　1.　　Defendant Ford Motor Company shall pay plaintiff's counsel $1,500.00 to resolve attorneys' fees and costs by no later than thirty (30) days after the date of entry of this order;

/////

/////

/////

/////

1

2. Within ten (10) days of the payment being made as ordered, plaintiff shall file dispositional documents in this case; and

3. All other dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated: **January 6, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE